UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

NAM SOO HA

                Plaintiff,

     -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT and POLICE OFFICER "JOHN" SCHMIDT,
name being fictitious, a male Police Officer,

                Defendants.
------------------------------------------------------------------X

12 CV 3615

Index No.:
Date Purchased:

COMPLAINT

JURY DEMAND

JUDGE KOELTL

     Plaintiff, by his attorneys, SOBEL, ROSS, FLIEGEL & STIEGLITZ, LLP, complaining of the Defendants, respectfully alleges, upon information and belief as follows:

### JURISDICTION AND VENUE

     1.     This action arises under the Constitution of the United States, particularly the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States, and under the laws of The United States, particularly the Civil Rights Act, Title 42 USC, §1983 and §1988 and the common law of The State of New York.

     2.     The jurisdiction of this Court is invoked under the provisions of title 28 USC §1331 and §1343.

     3.     Venue is placed in this district because it is the district where the events complained of occurred.

### PARTIES

     4.     Nam Soo Ha is a resident of Kings County, City and State of New York.

     5.     Defendant The City of New York is a municipal Corporation duly incorporated under the laws of The State of New York

     6.     That at all times herein after mentioned, the Defendant The City of New York maintained a police department.

7. The defendant Police Officer "John" Schmidt, first name unknown, was at all times hereinafter mentioned a police officer duly appointed and acting as an police officer for the aforementioned police department.

## FACTS

8. That on Friday, May 6, 2011, at approximately 5:30 to 6:30 P.M., plaintiff was in the 59th St. subway station in Manhattan, changing from the R train from Brooklyn to the N train.

9. That on May 6, 2011, while plaintiff was in the 59th St. subway station in Manhattan, he was approached by and arrested by Police Officer "John" Schmidt.

10. That Police Officer "John" Schmidt patted plaintiff down, twisted plaintiff's arms behind his back and handcuffed him.

11. That thereafter, Police Officer "John" Schmidt took plaintiff up another stairway where plaintiff was assaulted and battered by Police Officer "John" Schmidt.

12. During the assault and battery, plaintiff was knocked down and/or thrown to the ground, causing plaintiff to sustain severe personal injuries.

13. That following the assault and battery, Police Officer "John" Schmidt lifted plaintiff to his feet by the handcuffs behind plaintiff's back, thereby causing additional injuries to plaintiff, and to his left shoulder in particular.

14. Thereafter, plaintiff was driven to a police station where he remained in jail for between 30 minutes to one hour until he was released.

## AS AND FOR A FIRST CAUSE OF ACTION

15. That the Defendant Police Officer "John" Schmidt committed assault and battery upon the plaintiff by striking, kicking, handcuffing and physically abusing plaintiff without his consent.

16. That as a result of the foregoing plaintiff was damaged in the sum of $250,000.00.

## AS AND FOR A SECOND CAUSE OF ACTION

17. Plaintiff repeats, reiterates and realleges each and every allegation set forth above in paragraphs 1-16 as contained herein as though set forth herein it length.

18.  Defendant The City of New York was negligent, careless and reckless in hiring, training and retaining the said Police Officer "John" Schmidt knowing of prior actions committed and/or complained of outside of police procedure and policies, receiving complaints about said individual police officer regarding his conduct on-the-job prior to the assault and battery committed upon plaintiff.

19.  As a result of the foregoing, plaintiff was damaged in the amount of $250,000.

**WHEREFORE**, Plaintiff requests judgment against the defendants and each of them:

On plaintiff's first cause of action in the sum of $250,000 and plaintiff second cause of action in the sum of $250,000 and attorneys fees pursuant to 42 U.S.C. 1988 and for such other and further relief as to this Court may deem just and proper.

Dated: New York, New York
May 7, 2012

*[signature]*

**MICHAEL STIEGLITZ (MS6740)**
SOBEL, ROSS, FLIEGEL & STIEGLITZ, LLP
Attorney for Plaintiff
**NAM SOO HA**
150 Broadway, Suite 1206,
New York, New York 10038
(212) 233-0350